UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNARIAN WALKER,

                Plaintiff,

-against-

CORRECTION OFFICER JOHN DOE,

                Defendant.

20-CV-5476 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued September 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under 42 U.S.C. § 1983 are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over Plaintiff's state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 10, 2020
         New York, New York

                                                /s/ Louis L. Stanton
                                                 Louis L. Stanton
                                                    U.S.D.J.